CADES SCHUTTE
A Limited Liability Law Partnership

| | |
|---|---|
| CALVERT G. CHIPCHASE | 7757-0 |
| LINDSAY N. MCANEELEY | 8810-0 |
| LISA K. SWARTZFAGER | 10867-0 |
| DARENE K. MATSUOKA | 10847-0 |
| MICHAEL R. SOON FAH | 11156-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Email:  cchipchase@cades.com
        lmcaneeley@cades.com
        lswartzfager@cades.com
        dmatsuoka@cades.com
        msoonfah@cades.com

Attorneys for Defendant/Counterclaimant
EC PAIA LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL S. BASKIN; PAIA PROPERTIES, LLC; SEASHORE PROPERTIES, LLC; PAIA BAY PROPERTIES LLC; PAIA PARK LLC; all Hawai'i limited liability companies,<br><br>    Plaintiffs,<br><br>  v.<br><br>EC PAIA LLC, a Delaware limited liability company; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE | CIVIL NO. 20-cv-00216 WRP<br><br>**ORDER GRANTING DEFENDANT/ COUNTERCLAIMANT EC PAIA LLC'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTORS PAIA PROPERTIES, LLC, SEASHORE PROPERTIES, LLC, PAIA BAY PROPERTIES LLC AND PAIA PARK LLC**<br><br>**EXHIBIT 1** |

|  |  |
|---|---|
| CORPORATIONS 1-100; DOE ENTITIES 1-100,<br><br>        Defendants. | MAGISTRATE JUDGE WES REBER PORTER |

## ORDER GRANTING DEFENDANT/ COUNTERCLAIMANT EC PAIA LLC'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTORS PAIA PROPERTIES, LLC, SEASHORE PROPERTIES, LLC, PAIA BAY PROPERTIES LLC AND PAIA PARK LLC

IT IS HEREBY ORDERED that MICHAEL S. BASKIN, representative of Plaintiffs/Judgment-Debtors PAIA PROPERTIES, LLC, SEASHORE PROPERTIES, LLC, PAIA BAY PROPERTIES LLC and PAIA PARK LLC (collectively the "**Baskin Entities**" and each individually a "**Baskin Entity**"), shall appear personally before the Honorable Wes Reber Porter, in **Courtroom 7** at the United States District Court for the District of Hawai'i, 300 Ala Moana Boulevard, Honolulu, Hawai'i, 96850, at **10:00 a.m. on September 24, 2024**, then and there to be examined as to any and all property that each Baskin Entity may own, possess or have an interest in and what debts it owes and are owing to it. On behalf of each Baskin Entity, Mr. Baskin shall bring with him all books, papers and documents that each Baskin Entity has showing or tending

to show what property each Baskin Entity owns, possesses or has an

interest in and what debts it owes and are owing to it, including without limitation, copies of each Baskin Entity's most recent federal and state tax returns and the items listed on Exhibit "1" attached. Subject to further order of the Court, the debtor's examination of the Baskin Entities shall be consolidated to one examination and shall take place at the date and time above-specified.

    DATED: Honolulu, Hawai'i, July 26, 2024.



_____
Wes Reber Porter
United States Magistrate Judge

---

*Michael S. Baskin, et al. v. EC Paia LLC, et. al.*, Civ. No. 20-cv-00216 WRP; **ORDER GRANTING DEFENDANT/ COUNTERCLAIMANT EC PAIA LLC'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTORS PAIA PROPERTIES, LLC, SEASHORE PROPERTIES, LLC, PAIA BAY PROPERTIES LLC AND PAIA PARK LLC; EXHIBIT 1**