# EXHIBIT "1"

1. Each of PAIA PROPERTIES, LLC, SEASHORE PROPERTIES, LLC, PAIA BAY PROPERTIES LLC and PAIA PARK LLC's (collectively the "**Baskin Entities**" and each individually a "**Baskin Entity**") state and federal tax returns for the past five years.

2. All bank statements and reports with respect to a checking account, savings account, money market account and all other bank accounts of any nature in each Baskin Entity's name or to which each Baskin Entity is a signatory for the past 2 years.

3. All evidence of ownership of each Baskin Entity's interest in any mutual fund or similar investment fund.

4. All stocks, bonds or equities in which each Baskin Entity has an interest or evidence of ownership of any such stocks, bonds or equities.

5. Any and all financial statements with respect to each Baskin Entity's financial status prepared for or submitted to any person or entity in the last seven years.

6. All certificates of deposit in which each Baskin Entity has an interest or evidence of ownership of any such certificate of deposits.

7. All titles and registrations of any motor vehicles or recreational vehicles including airplanes and boats in which each Baskin Entity has an interest.

8. All records of jewelry, art, collectable coins, and any other property valued in excess of $500 per item owned by each Baskin Entity.

9. All deeds, contracts or other evidence of ownership in real property in which each Baskin Entity currently holds or has held an interest in the past seven years.

10. All documentation pertaining to any accounts

receivable or notes receivable from any person or entity to each Baskin Entity.

11. All mortgages, promissory notes, financing statements and other agreements, which evidence money due to each Baskin Entity.

12. All check stubs, cancelled checks, ledgers or other documentation illustrating any payments each Baskin Entity has received in the past 2 years.

13. Pleadings containing the full case caption of any lawsuit to which each Baskin Entity has been a party in the past seven years.

14. All lease agreements or other contracts providing for payment of any monetary sums to each Baskin Entity from any individual or entity.

15. All stock certificates in corporations of which each Baskin Entity is a record holder of any stock.

16. All balance sheets, income and expense statements and other corporate documents of the corporations in which each Baskin Entity holds stock in accordance with Request No. 15.

17. All trust documents by which each Baskin Entity has transferred money or property to any trusts within the last seven years.

18. All documents which indicate any transfer of title of any assets by each Baskin Entity within the last seven years.

19. All documents which indicate any transfer of any real property by each Baskin Entity within the last five years.

20. All documents which indicate any transfer of personal property valued in excess of $2,000 by each Baskin Entity within the last five years.

21. All partnership agreements in which each Baskin Entity is either a general partner or limited partner.

22. All other records that show or may tend to show each Baskin Entity's income, assets, and expenses in the last seven years.